SARAH BAYLEY, Respondent, *v.* ISABELLA L. BEEKMAN, Individually and as Administratrix with the Will Annexed of MARY E. BAYLEY, Deceased, et al., Respondents.

RICHARD LAWRENCE et al., Appellants.

*Bayley* v. *Beekman*, 133 App. Div. 888, affirmed.
(Argued January 13, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to obtain a construction of the will of Mary E. Bayley, deceased.

*William Pierrepont Williams* for appellants.

*Henry Fletcher* and *Jerome D. Gedney* for plaintiff, respondent.

*Henry R. Beekman* and *A. P. Buchman* for defendants, respondents.

Judgment affirmed, without costs, on authority of *Matter of Paton* (111 N. Y. 487).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.